UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DAVID VELDE,

       Plaintiff,

v.                             **ORDER**
                               Civil File No. 10-3761 (MJD/LIB)

GERALD O. CHRISTENSON,
et al.,

       Defendants.

Robert L. Russell, III, Attorney at Law, Counsel for Plaintiff.

Gerald O. Christenson, pro se.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated February 27, 2013. Defendant Gerald O. Christenson filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Brisbois dated February 27, 2013.

1

Accordingly, based upon the files, records, and proceedings herein**, IT IS**

**HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated February 27, 2013 [Docket No. 46].

2. Plaintiff's Motion to Remand Case to Bankruptcy Court [Docket No. 35] is **GRANTED**, and this matter is **REMANDED** to the Bankruptcy Court.


Dated:  May 7, 2013                        s/ Michael J. Davis
                                           Michael J. Davis
                                           Chief Judge
                                           United States District Court